## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Meghan E. Laudenslager**
                    **Debtor(s)**

**BK NO. 23-02338 MJC**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of The Northumberland National Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
27 Oct 2023, 14:20:00, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 9c4785d8c2874e971356b5609425f17054ce744615a3e5db8842db2cef4ca3be