United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 23-02338-MJC
Meghan E Laudenslager     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 14, 2023     Form ID: ntcnfhrg     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meghan E Laudenslager, 779 Pumpkin Center Rd., Klingerstown, PA 17941-7744 |
| 5571922 | | Arcadia Recovery Bureau, LLC, PO Box 70256, Reading, PA 19610-0768 |
| 5571927 | + | CF Medical, LLC, 2 Debush Ave Unit A-9, Middleton, MA 01949-1679 |
| 5571932 | | Evangelical Community Hospital, PO Box 4885, Lewisburg, PA 17837-9350 |
| 5571934 | | Geisinger, PO Box 983148, Boston, MA 02298-3148 |
| 5571936 | | Lehigh Valley Health Network, PO Box 981006, Boston, MA 02298-1006 |
| 5571937 | | Lehigh Valley Schuykill, 420 S. Jackson St., Pottsville, PA 17901-3625 |
| 5571939 | | MBA Law, c/o The Offices of Mitchell D. Bluhm & A, Dept. 0267 PO Box 120267, Dallas, TX 75312-0267 |
| 5571940 | | Medical Imaging of Lehigh Valley, PC, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 5571941 | | MiraMed Revenue Group, LLC, PO Box 702070, Plymouth, MI 48170-0975 |
| 5571944 | + | Northumberland Natl Bk, 245 Front St, Northumberland, PA 17857-1665 |
| 5571946 | + | Service 1st FCU, 1207 Bloom St., Danville, PA 17822-0001 |
| 5577314 | + | The Northumberland National Bank, 245 Front Street, Northumberland, PA 17857-1665 |
| 5571954 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5577313 | + | William R. Swinehart, 240-246 Market Street, P. O. Box 791, Sunbury, PA 17801-0791 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5571923 | | Email/Text: bnc-capio@quantum3group.com | Nov 14 2023 18:52:00 | AssetCare, LLC, Dept. 0540 PO Box 120540, Dallas, TX 75312-0540 |
| 5571925 | | Email/Text: bankruptcy@bbandt.com | Nov 14 2023 18:52:00 | BB&T/Truist, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894-1847 |
| 5571924 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2023 18:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5571926 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 18:50:10 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5571928 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2023 18:52:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5571929 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2023 18:52:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5571930 | + | Email/Text: dylan.succa@commercialacceptance.net | Nov 14 2023 18:52:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5571949 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 14 2023 18:52:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5573984 | | Email/Text: mrdiscen@discover.com | Nov 14 2023 18:52:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 5571931 | | Email/Text: mrdiscen@discover.com | Nov 14 2023 18:52:00 | Discover Financial, Attn: Bankruptcy, PO Box |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | 3025, New Albany, OH 43054-3025 |
| 5574306 | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2023 18:52:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5571933 | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2023 18:52:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 5571950 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2023 18:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5571935 | Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2023 18:52:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5571938 | Email/Text: Documentfiling@lciinc.com | Nov 14 2023 18:52:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 5571942 | Email/Text: EBN@Mohela.com | Nov 14 2023 18:52:00 | Mohela, Mohela, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5571943 | + Email/Text: Bankruptcies@nragroup.com | Nov 14 2023 18:52:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5571953 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 18:52:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5571945 | Email/Text: bankruptcies@penncredit.com | Nov 14 2023 18:52:00 | Penn Credit Corporation, PO Box 69703, Harrisburg, PA 17106-9703 |
| 5571951 | Email/Text: fesbank@attorneygeneral.gov | Nov 14 2023 18:52:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5573176 | Email/Text: bankruptcy@bbandt.com | Nov 14 2023 18:52:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5571947 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 18:50:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5571948 | Email/Text: bncmail@w-legal.com | Nov 14 2023 18:52:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5571952 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Nov 14 2023 18:52:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5571954 | ^ MEBN | Nov 14 2023 18:43:15 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Meghan E Laudenslager jmh@johnhyamslaw.com acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Michael Patrick Farrington | on behalf of Creditor THE NORTHUMBERLAND NATIONAL BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Meghan E Laudenslager, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:23−bk−02338−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 7, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 14, 2023 Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 14, 2023 |

ntcnfhrg (08/21)