UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 23-02338 |
|---|---|
| MEGHAN E LAUDENSLAGER | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 1/16/2024, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/16/2024

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
MEGHAN E LAUDENSLAGER

CASE NO: 23-02338

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 1/16/2024, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/16/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA 17102

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-02338<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>TUE JAN 16 10-10-54 PST 2024 | ~~(U)THE NORTHUMBERLAND NATIONAL BANK~~ | ~~US BANKRUPTCY COURT~~<br>~~MAX ROSENN US COURTHOUSE~~<br>~~197 SOUTH MAIN STREET~~<br>~~WILKES-BARRE  PA 18701-1500~~ |
| ARCADIA RECOVERY BUREAU  LLC<br>PO BOX 70256<br>READING  PA 19610-0768 | ASSETCARE  LLC<br>DEPT 0540 PO BOX 120540<br>DALLAS  TX 75312-0540 | BBTTRUIST<br>ATTN BANKRUPTCY<br>PO BOX 1847<br>WILSON  NC 27894-1847 |
| BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIR<br>TAMPA  FL 33634-2413 | BANK OF AMERICA  NA<br>PO BOX 673033<br>DALLAS  TX 75267-3033 | (P)DEPARTMENT OF LABOR  INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 |
| CF MEDICAL  LLC<br>2 DEBUSH AVE UNIT A9<br>MIDDLETON  MA 01949-1679 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE  NC  28272-1083 |
| COMENITY BANKTORRID<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | COMENITYCAPITALULTA<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | COMMERCIAL ACCEPTANCE COMPANY<br>ATTN BANKRUPTCY<br>2300 GETTYSBURG ROAD  SUITE 102<br>CAMP HILL  PA 17011-7303 |
| DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | EVANGELICAL COMMUNITY HOSPITAL<br>PO BOX 4885<br>LEWISBURG  PA 17837-9350 |
| (P)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | ~~EXCLUDE~~<br>~~(D)(P)FIRST NATIONAL BANK OF OMAHA~~<br>~~1620 DODGE ST~~<br>~~STOP CODE 3113~~<br>~~OMAHA NE 68102-1593~~ | GEISINGER<br>PO BOX 983148<br>BOSTON  MA 02298-3148 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | KOHLSCAPITAL ONE<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE  WI 53201-3043 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| LEHIGH VALLEY HEALTH NETWORK<br>PO BOX 981006<br>BOSTON  MA 02298-1006 | LEHIGH VALLEY SCHUYKILL<br>420 S JACKSON ST<br>POTTSVILLE  PA 17901-3625 | LENDCLUB BNK<br>ATTN BANKRUPTCY<br>595 MARKET ST<br>STE 200<br>SAN FRANCISCO  CA 94105-2802 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MBA LAW<br>CO THE OFFICES OF MITCHELL D BLUHM A<br>DEPT 0267 PO BOX 120267<br>DALLAS TX 75312-0267 | MEDICAL IMAGING OF LEHIGH VALLEY PC<br>PO BOX 371863<br>PITTSBURGH PA 15250-7863 | MIRAMED REVENUE GROUP LLC<br>PO BOX 702070<br>PLYMOUTH MI 48170-0975 |
| (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | NATIONAL RECOVERY AGENCY<br>PO BOX 67015<br>HARRISBURG PA 17106-7015 | NORTHUMBERLAND NATL BK<br>245 FRONT ST<br>NORTHUMBERLAND PA 17857-1665 |
| (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | (P)PENN CREDIT CORPORATION<br>PO BOX 69703<br>HARRISBURG PA 17106-9703 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CF MEDICAL LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| SERVICE 1ST FCU<br>1207 BLOOM ST<br>DANVILLE PA 17822-0001 | SHEFFIELD FINANCIAL A DIVISION OF TRUIST BA<br>PO BOX 1847<br>WILSON NC 27894-1847 | SYNCHRONY BANKLOWES<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| TD BANK USA NA<br>CO WEINSTEIN RILEY PS<br>1415 WESTERN AVE SUITE 700<br>SEATTLE WA 98101-2051 | TARGET<br>CO FINANCIAL RETAIL SRVS MAILSTOP BT<br>PO BOX 9475<br>MINNEAPOLIS MN 55440-9475 | THE NORTHUMBERLAND NATIONAL BANK<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 |
| THE NORTHUMBERLAND NATIONAL BANK<br>245 FRONT STREET<br>NORTHUMBERLAND PA 17857-1665 | (P)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG PA 17102-1104~~ | WILLIAM R SWINEHART<br>240246 MARKET STREET<br>P O BOX 791<br>SUNBURY PA 17801-0791 | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| JOHN MATTHEW HYAMS<br>LAW OFFICES OF JOHN M HYAMS<br>2023 N 2ND ST<br>HARRISBURG PA 17102-2151 | ~~EXCLUDE~~<br>~~MEGHAN E LAUDENSLAGER~~<br>~~779 PUMPKIN CENTER RD~~<br>~~KLINGERSTOWN PA 17941-7744~~ | |